**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7**

SSC, Inc. DBA Sunnyvale Seafood,

                              Plaintiff,

            v.

United States,

                              Defendant.

Court No. 21-cv-00024
and Attached Schedule

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

January 31, 2023
Dated: _____

/s/ Jessica R. Rifkin
Benjamin L. England and Associates, LLC
                   Attorney for Plaintiff
810 Landmark Drive, Suite 126

_____
                   Street Address
Glen Burnie, MD 21061

_____
                   City, State and Zip Code
410-220-2800

_____
                   Telephone No.

**Schedule to Notice of Dismissal**

| Court Numbers(s) | Plaintiff(s) Name | Protest Number (s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-113635 | 082-0390839-0 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-123122 | 082-0392749-9 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-123122 | 082-0392751-5 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-123122 | 082-0392750-7 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-123122 | 082-0392917-2 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-123122 | 082-0392919-8 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-121765 | 082-0393338-0 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-124024 | 082-0393369-5 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-124024 | 082-0393414-9 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-124024 | 082-0393416-4 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-124024 | 082-0393413-1 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-124024 | 082-0393632-6 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-124024 | 082-0393631-8 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-127761 | 082-0393433-9 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-127761 | 082-0394375-1 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2704-20-127761 | 082-0394856-0 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2809-20-102518 | ROD-0054004-1 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2809-20-104657 | 082-0394043-5 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 2809-20-104657 | 082-0398178-5 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 4601-20-109325 | 082-0390370-6 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 4601-20-109325 | ROD-0054151-0 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 4601-20-109325 | 082-0391062-8 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 4601-20-115038 | 082-0393074-1 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 5201-20-100753 | 082-0390691-5 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 5201-20-100753 | 082-0390449-8 |
| 21-cv-00024 | SSC, Inc. DBA Sunnyvale Seafood | 5301-20-103757 | 082-0393367-9 |

**Order of Dismissal**

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U.S. Court of International Trade

By: _____

Deputy Clerk